# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

## MEMORANDUM ENDORSED

December 1, 2024

<u>By ECF</u>

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2024
```

    **Re:**  *United States v. Fernando Lopez*, **23 Cr. 414 (GHW)**

Dear Judge Woods:

  We write with the consent of the Government to respectfully request (1) an extension of time to file a sentencing submission on behalf of Mr. Lopez due December 2, 2024, and (2) a 60-day adjournment of the sentence currently scheduled for December 16, 2024.

  The undersigned is scheduled to begin trial on December 2, 2024, in the matter of the *People of the State of New York v. Sanford Solny*, IND-70212-23/001, before the Hon. Danny K. Chun. This is a complicated white collar real estate fraud trial with voluminous discovery and over 25 witnesses. The People's case is expected to last a minimum of six weeks.

  Thank you for your consideration.

            Respectfully submitted,

            <u>/s/ James Kousouros</u>
            James Kousouros, Esq.
            *Counsel for Mr. Lopez*

Cc:  Camille Fletcher
   Assistant United States Attorney

---

Application granted. The sentencing hearing previously scheduled for December 16, 2024 at 11:00 a.m. is adjourned to February 14, 2025 at 11:00 a.m. The defendant's sentencing submissions are due no later than January 31, 2025; the Government's sentencing submissions are due no later than February 7, 2025.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 50.
SO ORDERED.
Dated: December 2, 2024
New York, New York

          _____
          GREGORY H. WOODS
          United States District Judge