# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

**MEMORANDUM ENDORSED**

January 28, 2025

<u>By ECF</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2025

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

          **Re:** *United States v. Fernando Lopez*, **23 Cr. 414 (GHW)**

Dear Judge Woods:

    We write to respectfully request a 3-day extension of time to February 3, 2025, to file a sentencing memorandum on behalf of Mr. Lopez. Our sentencing submission is currently due by January 31, 2025. The sentencing is scheduled for February 14, 2025.

    The undersigned continues to be engaged in trial in the matter of the *People of the State of New York v. Sanford Solny*, IND-70212-23/001, before the Hon. Danny K. Chun in Kings Supreme Criminal Term which began in early December 2024. The requested extension will permit the undersigned to complete the memorandum and meet with Mr. Lopez at the MDC, Brooklyn prior to submission.

    The Government has no objection to this request.

    Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Mr. Lopez*

---

Application granted. The defendant's sentencing submissions are due no later than February 3, 2025; the Government's sentencing submissions are due no later than February 7, 2025.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 53.

SO ORDERED.

Dated: January 29, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge